|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BASF CORPORATION, | Case No. **2:24-CV-08401-AB** |
| --- | --- |
| Plaintiff, | **[PROPOSED]** ORDER OF DISMISSAL |
| v. | |
| JOE'S AUTO BODY & PAINT, INC. d/b/a SYMES COLLISION CENTER and SILVIE BAGHDADLIAN a/k/a SILVIE BAGHDADLAIN and HOURIG BAGHDADLIAN a/k/a HOURIG BAGHDADLAIN, | |
| Defendants. | |

THIS CAUSE having come before this Court on Plaintiff BASF Corporation and Defendants JOE'S AUTO BODY & PAINT, INC. d/b/a SYMES COLLISION CENTER and SILVIE BAGHDADLIAN a/k/a SILVIE BAGHDADLAIN and HOURIG BAGHDADLIAN a/k/a HOURIG BAGHDADLAIN's Stipulation of Dismissal in this action, dated May 22, 2025, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court having reviewed the related papers thereto, IT IS HEREBY

1 | ORDERED as follows:

2

3 | 1. The stipulation is approved. The entire action, including all claims stated
4 | therein against all parties, is hereby dismissed with prejudice.

5

6 | **IT IS SO ORDERED.**

7

8 | Dated: May 28, 2025

                                      HONORABLE ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT COURT JUDGE